IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES O. GREASON,<br><br>    Plaintiff,<br><br>    v.<br><br>GEORGIA DEPARTMENT OF<br>REVENUE STATE OF GEORGIA., et<br>al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:11-CV-4506-TWT |

ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 22] of the Magistrate Judge recommending granting the Motion to Dismiss [Doc. 9] of the Defendants Sowell and Mitchell. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Motion to Dismiss [Doc. 9] of the Defendants Sowell and Mitchell is GRANTED.

SO ORDERED, this 23 day of July, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Greason\r&r.wpd