IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMES O. GREASON,

   Plaintiff,

     v.

GEORGIA DEPARTMENT OF
REVENUE STATE OF GEORGIA., et
al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:11-CV-4506-TWT

## ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 22] of the Magistrate Judge recommending granting the Motion to Dismiss [Doc. 9] of the Defendants Sowell and Mitchell. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Motion to Dismiss [Doc. 9] of the Defendants Sowell and Mitchell is GRANTED.

SO ORDERED, this 23 day of July, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Greason\r&r.wpd